| | |
|---|---|
| 1 | Steven R. Jacobsen, Esq. (SBN 95246) |
| 2 | LAW OFFICES OF STEVEN R. JACOBSEN |
| 3 | 825 Washington Street, Suite 300<br>Oakland, CA 94607-4079 |
| 4 | Telephone: (510) 465-1500<br>Email: srj@theaccidentallawyer.com |
| 5 | Attorney for Plaintiff<br>MARIA FLORES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FLORES,<br><br>    Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., et al.,<br><br>    Defendants. | Case No.: 17-cv-01090-SI<br><br>STIPULATED AGREEMENT TO FILING AMENDED COMPLAINT AND REMANDING TO STATE COURT;<br><br>~~PROPOSED~~ ORDER |

Plaintiff Maria Flores ("Plaintiff") and Defendant Dollar Tree Stores, Inc., ("Defendant") by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS this action was originally filed in the Superior Court of the State of California, County of Alameda.

WHEREAS Defendant removed the state court action to federal court on the basis of diversity jurisdiction (dkt 1).

WHEREAS Plaintiff has filed a motion to amend the complaint herein to name Brenda Fowler, whom the parties are informed and believe is a resident of the State of California, as a defendant (which will destroy complete diversity), and to remand this action to the Superior Court of Alameda County (dkt 19).

WHEREAS Defendant has elected not oppose Plaintiff's proposed

-1-
STIPULATED AGREEMENT TO FILING AMENDED COMPLAINT AND REMANDING TO STATE COURT;
PROPOSED ORDER

amendment, acknowledges that the proposed amendment will destroy complete diversity, and acknowledges that remand to the Superior Court of Alameda County is therefore proper.

THEREFORE, Plaintiff and Defendant stipulate to entry of an order as follows:

1. Plaintiff shall be granted leave to file the proposed Amended Complaint naming defendant Brenda Fowler in this action; and

2. Upon the filing of the Amended Complaint, this action shall be remanded to the Superior Court of the State of California, County of Alameda.

IT IS SO STIPULATED

DATED: June 20, 2017.

        By: __/s/ Steven R. Jacobsen__
           Steven R. Jacobsen
           Attorney for Plaintiff
           MARIA FLORES

DATED: June 20, 2017.

        By: __/s/ Roger W. Backlar__
           Roger W. Backlar
           Attorney for Defendant
           DOLLAR TREE STORES, INC.

I, Steven R. Jacobsen, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 20, 2017.

        By: __/s/ Steven R. Jacobsen__
           Steven R. Jacobsen
           Attorney for Plaintiff
           MARIA FLORES

//

//

# **ORDER**

Upon the parties' stipulation, and for good cause, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file the proposed Amended Complaint naming defendant Brenda Fowler in this action; and

2. Upon the filing of the Amended Complaint, this action shall be remanded to the Superior Court of the State of California, County of Alameda.

**IT IS SO ORDERED.**

Dated: 6/20/17 . By: _____
SUSAN ILLSTON
United States District Judge

```
Proposed Amended Complaint is ordered filed.  Action remanded to Alameda Superior
Court.
```